UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 1:CR-01-146-02 |
| | ) (Judge Caldwell) |
| v. | ) (Electronically filed) |
| | ) |
| **KEITH WALKER** | ) |

**O R D E R**

_____**AND NOW** this ____ day of January 2005, upon consideration of the government's Motion for Extension of Time,

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**. The deadline for the filing of the United States' response is hereby extended until February 11, 2005.

_____
WILLIAM W. CALDWELL
UNITED STATES DISTRICT JUDGE