IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA



FILED
HARRISBURG, PA
MAR 21 2005
MARY E. D'ANDREA, CLERK
Per _____, Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>vs.<br><br>KEITH WALKER,<br>     Defendant. | CRIMINAL NO. 1:CR-01-146-02<br><br>J. Caldwell |

### NOTICE OF APPEAL

Notice is hereby given that KEITH WALKER, the Defendant in the above styled cause, Appeals to the United States Court of Appeals for the Third Circuit from final judgment entered in this action on March 3, 2005. On appeal Defendant will seek determination of whether District Court lacked jurisdiction to consider motion presented pursuant to 18 U.S.C. § 3663 and § 3664, and if so, whether Defendant is entitled to the relief sought.

March 11, 2005

Respectfully Presented,

Keith Walker
KEITH WALKER, pro se
BOP Reg. No. 60314-053
FCI RAY BROOK
P.O. Box 9007
Ray Brook, New York  12977

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          :
    Plaintiff
                                   :

vs.                                :   CRIMINAL NO. 1:CR-01-146-02

                                   :
KEITH WALKER,
    Defendant                      :

O R D E R

AND NOW, this 3rd day of March, 2005, it is ordered that Defendant's "motion for definitive determination of amount and timing of restitution payments during incarceration" (doc. 123) is dismissed for lack of jurisdiction.

                                                  /s/William W. Caldwell
                                                  William W. Caldwell
                                                  United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> vs. <br><br> KEITH WALKER, <br>     Defendant. | CRIMINAL NO. 1:CR-01-146-02 |

## CERTIFICATE OF SERVICE

I, KEITH WALKER, the Defendant in the above captioned matter and the undersigned herein, do so hereby affirm under the pain and penalty of perjury, pursuant to 28 U.S.C. § 1746(1), that a true and correct copy of Defendant's **Notice of Appeal**, has been properly packaged and having adequate first class postage affixed thereupon, has been placed in the possession of the staff of FCI RAY BROOK, to be mailed to:

    William A. Behe
    U.S. Attorney's Office
    Room 217 Federal Bldg.
    228 Walnut Street
    Suite 220
    Harrisburt, PA  17108

So done this 11 day of March, 2005

                              Respectfully Presented,

                              KEITH WALKER, pro se
                              BOP REG. NO. 60314-053
                              FCI RAY BROOK
                              P.O. BOX 9007
                              RAY BROOK, NEW YORK  12977

Keith Walker
BOP Reg. No. 60314-053
FCI RAY BROOK
P.O. Box 9007
Ray Brook, New York  12977

March 10, 2005

Office of the Clerk
United States District Court
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA  17108

    RE:  UNITED STATES OF AMERICA v. KEITH WALKER
           Case No. 1:CR-01-00146-002
           <u>FILING OF NOTICE OF APPEAL</u>

Dear Clerk:

    Enclosed you will find one original and two (2) copies each of my **Notice of Appeal**. I ask that these pleadings be filed in the above referenced leagal matter.

    Further, I request to be returned to me one of the enclosed copies of the Notice of Appeal, stamped and dated showing the time of filing.

    If there are any deficiencies which would prevent the filing of the pleadings I have requested to be filed, then I request that I immediately be notified of those deficiencies and be granted the opportunity to correct and refile.

    I thank you for your time, attention, and cooperation with this matter.

                              Respectfully Presented,


                              Keith Walker, pro so

cc:  Inmate File

Enclosure:  Notice of Appeal
               Certificate of Service



Office of the Clerk
United States District Court
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA  17108

Name: Keith Walker
Register Number: 60314-053
Federal Correctional Institution Ray Brook
P.O. Box 900 8
Ray Brook, New York 12977

LEGAL MAIL