UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-1904

UNITED STATES OF AMERICA

v.

KEITH WALKER,
Appellant

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Crim. No. 01-CR-00146)
District Judge: Honorable William W. Caldwell

Submitted For Possible Summary Action Under Third Circuit LAR 27.4 and I.O.P. 10.6
May 26, 2005

Before:  ROTH, BARRY and SMITH, Circuit Judges

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted for possible summary action under Third Circuit LAR 27.4 and I.O.P. 10.6. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered March 3, 2005 be and the same is hereby affirmed as modified. All of the above in accordance with the opinion of this Court.

ATTEST:

Kathleen Brown

Chief Deputy Clerk

DATED: August 22, 2005